**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Plaintiffs,

v.

Glenn's Tile, Inc., a foreign corporation not qualified to do business in the State of Minnesota d/b/a Glenn's Tile & Carpet; and Glenn E. Bernard,

Defendants.

Civil No. 01-2281 (DWF/AJB)

**INJUNCTION**

---

Andrew E. Staab, Esq., and Stephen Kelly, Esq., Rosene Haugrud & Staab, 400 Robert Street North, Suite 1800, St. Paul, MN 55101-1300, counsel for Plaintiff.

---

Pursuant to this Court's Order dated March 8, 2002:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendants, and each of them, shall cooperate in all ways with this audit.

FILED MAR - 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

4. Defendants, and each of them, are required to post with Plaintiffs' TPA a cash or surety bond in the amount of $30,000.00 to the Minnesota Ceramic and Tile and Allied Trades Fringe Benefit Funds.

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are **MANDATED** to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

Dated: March 8, 2002

DONOVAN W. FRANK
Judge of United States District Court