O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Trustees of the MN Ceramic Tile and Allied Trades Retirement Fund; Trustees of the MN Ceramic Tile and Allied Trades Promotions Trust Fund; Trustees of the Twin City Bricklayers Health and Welfare Fund; Trustees of the Twin City Bricklayers Vacation Fund; and Trustees of the MN Bricklayers Apprenticeship Fund

V.

Glenn's Tile, Inc. and Glen E. Bernard

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2281DWF/AJB

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment is entered in favor of plaintiffs and against the defendants, jointly and severally, in the amount of $7,718.49.

February 3, 2003
Date

RICHARD D. SLETTEN, CLERK

s/Denise La Fond
(By) Denise La Fond, Deputy Clerk