# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Civil File No. 01-2281 DWF/AJB

Plaintiffs,

vs.

**SATISFACTION OF JUDGMENT**

Glenn's Tile, Inc., a foreign corporation not qualified to do business in the State of Minnesota, d/b/a Glenn's Tile & Carpet; and Glenn E. Bernard,

Defendants.

---

The Judgment in the above entitled action, rendered in the United States District Court, District of Minnesota, on the 3rd day of February, 2003, in favor of the Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund, the Plaintiffs above-named, and against Glenn's Tile, Inc., a foreign corporation not qualified to do business in the State of Minnesota, d/b/a Glenn's Tile & Carpet; and Glenn E. Bernard, the Defendants above-named, is paid and satisfied in full; and the Clerk is hereby authorized to satisfy and discharge said Judgment of record.

In Testimony Whereof, I have hereunto set my hand this 15th day of October, 2004.

s/ Stephen Kelly____________________________
Stephen Kelly, Esq.
Attorney for Plaintiffs
ROSENE, HAUGRUD & STAAB, CHARTERED
400 Robert Street North, Suite 1800
St. Paul, MN 55101
(651) 227-6621
Attorney Registration No. 239203

F:\Labor\6200_6240 Ceramic Tile\6240.29 Glenn's Tile, Inc\Docs\Satisfaction of Judgment.doc
paw