# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Rachel M. Harnly, being first duly sworn, deposes and says that on October 15, 2004, she served the attached Satisfaction of Judgment upon Glenn Bernard, Co-Defendant, by placing a true and correct copy thereof in an envelope addressed as follows:

Mr. Glenn E. Bernard
G-5268 Fenton Road
Flint, MI 48507

(which is the last known address of said Co-Defendant) and depositing the same, with postage prepaid, in the United States Mail at St. Paul, Minnesota.

s/ Rachel M. Harnly_______________
Rachel M. Harnly

Subscribed and sworn to before

me this 15th day of October, 2004.

s/ Pamela A. Wenner_______________
Notary Public

F:\LABOR\6200_6240 CERAMIC TILE\6240.29 GLENN'S TILE, INC\LTR SRV DEF-GLENN BERNARD 10-12-04.DOC
paw